# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of :  Eleanor Jones Hamilton, )   Chapter 13 Case
                    Debtor(s)              )   Number 16-10760

## TRUSTEE'S MOTION TO CONFIRM PLAN, AS AMENDED

Trustee moves that Debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of S1325(a)(4) will pay $_____ or more to unsecured creditors.

Debtor(s)' plan is amended to

(X) raise payments/extend plan as follows: $345/month

( ) change valuation(s) as follows: _____

( ) allow/modify/disallow claims as follows: _____

( ) allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim: _____

( ) retain the right to file objections by the Debtor(s) to the following claims within thirty (30) days of confirmation: _____

(X) other: Any non-exempt personal injury proceeds to be paid to Trustee as additional dividend.

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given.

_____  
Chapter 13 Trustee/Attorney

If applicable:

_____ Debtor

_____ Codebtor

_____ Debtor(s)' Counsel
John P. Wills

_____ Creditor's Counsel

_____ Creditor's Counsel

_____ Creditor's Counsel