IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| Eleanor J Hamilton | ) | |
| 1067 Earle Street | ) | Case No: 16-10760-SDB |
| Thomson, GA 30824 | ) | |
| | ) | |

## MOTION TO DISMISS (AFTER CONFIRMATION DELINQUENCY)

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and moves the Court to dismiss the above-captioned case and in support thereof shows:

1. The Debtor last made a payment on October 3, 2016.
2. The Debtor's case is delinquent in the amount of $690.00 as of December 8, 2016.
3. The delinquency constitutes a material default in the performance of the confirmed plan.

WHEREFORE, said Trustee moves to dismiss the case.

This 8th day of December 2016.

/s/ Cortney Elam
Cortney Elam, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 143688

## NOTICE ON MOTION

Pursuant to direction by the Court, notice is hereby given that unless the Debtor requests a hearing in writing showing good cause to oppose this Motion within twenty-one (21) days of the date shown below, the case shall be dismissed.

**COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Motion to Dismiss (After Confirmation Delinquency) have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 8th day of December 2016.

/s/ Yvonne Ogbuefi
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Fowler & Wills LLC
Attorney At Law
P O Box 1620
Thomson, GA 30824